NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000840
28-MAY-2014
08:18 AM

CAAP-12-0000840

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
ANDREW E. SHIMKUS, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DTA-12-00225)

ORDER DENYING MOTION FOR TO RECONSIDER SDO OPINION
(By: Nakamura, C.J., and Foley and Fujise, JJ.)

Upon consideration of the "Motion to Reconsider SDO Opinion" filed on May 23, 2014 by Defendant-Appellant, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, May 28, 2014.


Chief Judge


Associate Judge


Associate Judge